Name _Jaimie Lynne Drews_

Mailing address _201 E 9th Avenue #116_

_Anchorage, Alaska 99501_

Telephone _N/A_

RECEIVED
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Jaimie Lynne Drews_ ,
(Full name of plaintiff in this action)

Plaintiff,

vs.

_Munnicipality of Anchorage, (mayor)_

_State Childrens Trust_ ,

_Child Protective Social Services_

_STATE OF ALASKA_ ,

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____

(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_Federal or United States Supreme Court, Diversity jurisdiction please; as the case requires order of files, audit of administration and phone call retrivals._

Page 1 of 8

PS02 (6/03)

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of <u>Jaimie Lynne Drews</u>,

(print your name)

who presently resides at <u>201 E 9th Avenue #116 Anch. AK. 99501</u>, were

(mailing address)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at <u>Anchorage Alaska Madison Wi.</u> on the following dates <u>5-1987</u>,

(place where violation occurred)                                     (Claim 1)

<u>2006</u> and <u>2008</u>.

(Claim 2 )          (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Mark Begich     Munnicipality of Anchorage</u> is a citizen of

(name)

<u>Alaska</u>, and is employed as a <u>Mayor</u>.

(state)                                                  (defendant's government position/title)

<u>X</u> This defendant **personally participated** in causing my injury, and I want **money damages**.

<u>X</u> The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2, <u>Sarah Palin (State of Alask)</u>, is a citizen of

(name) State childrensTrust-

<u>Alaska</u>, and is employed as <u>Governor</u>.

(state)                                                  (defendant's government position/title)

<u>X</u> This defendant **personally participated** in causing my injury, and I want **money damages**.

<u>X</u> The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3, <u>Child Protective Services</u>, is a citizen of

(name)

<u>Alaska</u>, and is employed as a <u>Agent or Representative</u>

(state)                                                  (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

<u>X</u> The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: The following civil right has been violated: <u>due process,</u>

<u>cruel and unusual Punishment</u>
(e.g., due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

I WAS A ALASKA STATE WARD; Parents SIGNED OFF, in court, All RIGHTS TO ME. I WAS PlACED INTO CARE OF FOSTER PARENTS RESIDING IN CHUGIAK ALASKA. COURTS ORDER WAS FOR ME TO RETURN TO A MANDATED COURT HEARING UPON MY 19th Birthday 2-25-88, IF I FAIL TO APPEAR A WARRANT FOR ARREST WOULD BE ISSUED. COURTS INDICATED "IF" I COULD NOT Financially support myself or emotionally unstable at that time, they WOULD keep me AS A STATE WARD UNTIL 25th Birthday Between time I would HAVE CHOICE OF COLLEGE, or Job SKILLS Training, Apartment and budget manageR. Social services NEVER followed up on my CARE, AFTer I legally admitted "myself" into Charter North Hospital. Parent WAS there to release me from 6 month stay. She took me out of states witness in 1987. to elude Further embarrassment to family name in court. I WAS IN MADISON Wisconsin with Her Parents. without Funds, Failing/Struggling in life. No police or worker stopped HER. I'm missing 1985-87 Dividend Fund checks And 1988-1995 plus interest AS I would have been a state ward until 2-25-1995.

<u>Claim 2</u>: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____cruel and unusual Punishment_____

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words**.  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.  Include **dates**.)

- In 2006 I contacted Dividend Fund Center from madison wisconsin (608)257-1421 was my home phone number at that time. They ran a tracking check on 1985-1987 Dividend Fund checks and indicated, He tracked them in my name, collected by State of Alaska and in State Childrens Trust, but unsure what interest rate they put on my account. They were going to Petition state to transfer my account to wisconsin.

- I contacted the Anchorage mayor email box, A inquired if he could speed process up and my background and whereabouts and how, The mayor wrote me at my Address on Ann Street in madison, wisconsin. He wrote All checks 1985-1987 were mailed to 12340 Liberty Road Anch, AK all years and cashed, As well as, I was never a foster care child in the State of Alaska. He had no Knowledge of Court records, State Ward, OR that Dividend Fund Center Already confirmed checks whereabouts. I was Never informed by State of account nor taxed on it, But Dividend Fund Center confirmed location prior.

Claim 3: The following civil right has been violated: _____

(e.g., due process, freedom of religion, free speech, freedom

cruel and unusual punishment

of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe facts you consider important to Claim 3. State what happened clearly, in your own words. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 3. Include dates.)

December 1, 2008 I returned to Alaska for court records and my account. mayors office and governors office refuse conference on these issues.

- State Childrens Trust indicated 1st account does not exist. Then called Beans Cafe and Brother Francis Shelter and indicated it does exist and is in Child Protective Services care.

- Child Protective Services denied account in my name and indicated Alaska Did Not have a Child Protective Services until After the year of 1987. Please pull their phone calls and order the dictation in. Nobody will release statements, court documents or Assist me further. Dividend fund center said since they issued the checks and tracked them they will Assist in my case.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
                      (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) ① 1985 - 1995 Dividend Fund checks with interest rates applied. ② All records of court, state Child Protective Services in my name released. Attorney and filing fees.

2. Damages in the amount of $ State Childrens Trust plus interest 1985-95

3. Punitive damages in the amount of $ 250,000 loss of education, no follow to my whereabouts and care, emotional trauma

4. Declaratory judgment: _____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $ As allotted.

5. Other: 1987 - 1995 clothing vouchers I belive #250 annually, I did not receive 1987 nor through my 25th Birthday. States negligence, I was unlawfully removed out of States witness.

Plaintiff demands a trial by _____ Jury __X__ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Jaimie L M_
**Plaintiff's Original Signature**

Jaimie Lynne Drews
**Plaintiff's Full Name**

Executed at Federal Court House on 6-9-08
        (Location)              (Date)

_____    _____
Original Signature of Attorney (if any)          (Date)

_____

_____

_____
Attorney's Address and Telephone Number